Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00236-CV

**IN RE** Juan Roberto **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed:   May 20, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On April 23, 2009, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-12331, styled *Juan Roberto Rodriguez v. The 227th District Court of Bexar County Texas*, pending in the 57th Judicial District Court, Bexar County, Texas.